UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robert D Gordon,

Plaintiff(s),

v.

Case No. 2:13−cv−11677−GCS−MAR
Hon. George Caram Steeh

Jason W McLendon,

Defendant(s),

**ORDER TO SHOW CAUSE**

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 9/13/2013, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

s/George Caram Steeh
George Caram Steeh
U.S. District Judge

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/M. Beauchemin
Case Manager

Dated: August 30, 2013