UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT D. GORDON,

Plaintiffs,

vs.

Case No. 13-11677

HON. GEORGE CARAM STEEH

JASON W. McLENDON,

Defendants.

_____________________________/

ORDER OF DISMISSAL WITHOUT PREJUDICE

On August 30, 2013 the Court entered an Order to Show Cause to Plaintiff by September 13, 2013 why this action should not be dismissed for lack of prosecution.

To date the Court has received no written response. Therefore,

IT IS ORDERED that this case is dismissed without prejudice.

Dated: September 17, 2013

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 17, 2013 by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk